IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE D. PERKINS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| ERIC K. SHINSEKI, Secretary of Veterans Affairs, | : | |
| | : | |
| Defendant. | : | NO. 08-1244 |
| | : | |

### ORDER RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

AND NOW, on this 29th day of June, 2012, upon careful consideration of Defendant's Motion for Summary Judgment (ECF No. 53), the parties briefs and oral arguments, and for the reasons discussed in the accompanying Memorandum of Law, it is hereby ORDERED as follows:

(1) Defendant's Motion is DENIED (ECF No. 53).

(2) The remaining deadlines in this case are set as follows:

--Plaintiff's pretrial memorandum: July 9, 2012.

--All Motions in Limine: July 9, 2012.

--Defendant's pretrial memorandum: July 16, 2012.

--All responses to Motions in Limine: July 16, 2012.

--Points for charge: July 25, 2012.

--Jury selection: July 26, 2012 at 10:00 a.m.

--Trial date: July 30, 2012 at 9:00 a.m.

(3) Plaintiff will be permitted three days to present his case, including an opening argument of no more than 30 minutes.  Defendant will have equal time.

(4) For reasons stated at the hearing on June 21, 2012, Plaintiff must prepare an accurate timeline of events for trial to be presented to the jury and referred to during testimony.  Plaintiff must serve the timeline on Defendant by Monday, July 23, 2012.

BY THE COURT:

*/s/ Michael M. Baylson*
Michael M. Baylson, U.S.D.J.

O:\CIVIL 07-08\08-1244 Perkins v. Shinseki\Perkins SJ Order.wpd