IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE D. PERKINS** | : | **CIVIL ACTION** |
| **v.** | : | |
| **ERIC SHINSEKI** | : | **NO. 08-1244** |

## ORDER AND FINAL JUDGMENT

**AND NOW**, this 8th day of February, 2013, for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED**:

1. Plaintiff is awarded $1,853.00 as back pay pursuant to the jurors' verdict and answer to Interrogatory 3(b).

2. Plaintiff's Motion for Additional Equitable Relief, including reinstatement (ECF 96), is **DENIED**.

3. Final judgment is entered in **FAVOR** of plaintiff and **AGAINST** defendants as follows:

| | | |
|---|---|---|
| Damages in the amount of | $ | 16,853.00 |
| Attorneys' fees | | 244,575.00 |
| Costs | | 22,492.00 |
| TOTAL AMOUNT OF FINAL JUDGMENT | $ | 283,920.00 |

The Clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.C.J.**

O:\CIVIL 07-08\08-1244 Perkins v. Shinseki\08cv1244.020813.Order.docx