# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYRONE D. PERKINS : CIVIL ACTION

v. :

ERIC SHINSEKI : NO. 08-1244

## ORDER AND FINAL JUDGMENT

**AND NOW**, this 8th day of February, 2013, for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED**:

1. Plaintiff is awarded $1,853.00 as back pay pursuant to the jurors' verdict and answer to Interrogatory 3(b).

2. Plaintiff's Motion for Additional Equitable Relief, including reinstatement (ECF 96), is **DENIED**.

3. Final judgment is entered in **FAVOR** of plaintiff and **AGAINST** defendants as follows:

| | |
|---|---:|
| Damages in the amount of | $ 16,853.00 |
| Attorneys' fees | 244,575.00 |
| Costs | 22,492.00 |
| TOTAL AMOUNT OF FINAL JUDGMENT | $ 283,920.00 |

The Clerk shall close this case.

**BY THE COURT:**

**/s/ Michael M. Baylson**
_____
**MICHAEL M. BAYLSON, U.S.D.C.J.**